1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (BAR NO. 70376)
2  Email:  ralph.campillo@sedgwicklaw.com
   WENDY A. TUCKER (BAR NO. 121122)
3  Email:  wendy.tucker@sedgwicklaw.com
   MICHAEL M. WALSH (BAR NO. 150865)
4  Email: michael.walsh@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
6  Facsimile:    213.426.6921

7

8  Attorneys for Defendants
   THOMAS P. SCHMALZRIED, M.D.;
9  THOMAS P. SCHMALZRIED, M.D., a
   Professional Corporation,

10              **UNITED STATES DISTRICT COURT**

11          **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

12

13  DARYL GIBSON, an individual,              CASE NO. 3:11-cv-03513-JCS

14          Plaintiff,                        **STIPULATION TO EXTEND TIME TO
                                              RESPOND TO FIRST AMENDED**
15       v.                                   **COMPLAINT (L.R. 6-1)**

16                                            Complaint served: 7/18/11
    DEPUY ORTHOPAEDICS, INC.,                 Current response date: 8/1/11
17  JOHNSON & JOHNSON SERVICES,               **NEW RESPONSE DATE:  8/31/11**
    INC., JOHNSON & JOHNSON, INC.;
18  THOMAS P. SCHMALZRIED, M.D., A
    PROFESSIONAL CORPORATION;
19  THOMAS P. SCHMALZRIED, M.D.;
    VAIL CONSULTING L.L.C.; THOMAS
20  PARK VAIL, M.D. and DOES 1-50,
    inclusive,
21
            Defendants.
22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that the Plaintiff agrees that Defendants Thomas P.

2  Schmalzried, M.D and Thomas P. Schmalzried, M.D., A Professional Corporation, shall have

3  until August 31, 2011 to respond to Plaintiff's First Amended Complaint.

4  DATED:  July 25, 2011                      SEDGWICK LLP

5

6                                             By:_____/s/ Michael M. Walsh_____
                                                   Ralph Campillo
7                                                  Wendy Tucker
                                                   Michael M. Walsh
8                                                  Attorneys for Defendants
                                                   THOMAS P. SCHMALZRIED, M.D. and
9                                                  THOMAS P. SCHMALZRIED, M.D., a
                                                   Professional Corporation,
10

11

12  DATED:  July 25, 2011                     PETERSON & ASSOCIATES, P.C.

13

14                                            By:_____/s/ Brett A. Williams_____
                                                   Brett A. Williams
15                                                 David M. Peterson
                                                   Nicholas S. Clevenger
16                                                 Attorney for Plaintiff
                                                   DARYL GIBSON
17

18

19

20  Dated: 7/26/11

21                                  IT IS SO ORDERED

22                                  Judge Joseph C. Spero

23

24

25

26

27

28

1    Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I

2  hereby certify that the content of this document is acceptable to Brett A. Williams, counsel for

3  Plaintiff Daryl Gibson, and that I have obtained counsel's authorization to affix his electronic

4  signature to this document.

5  DATED:  July 25, 2011                    SEDGWICK LLP

6

7                                          By:_____/s/ Michael M. Walsh_____

8                                                Ralph Campillo
                                                 Wendy Tucker
9                                                Michael M. Walsh
                                                 Attorneys for Defendants
10                                               THOMAS P. SCHMALZRIED, M.D. and
                                                 THOMAS P. SCHMALZRIED, M.D., a
11                                               Professional Corporation,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28