1  ALEXANDER G. CALFO (SBN 152891)
    *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
    *KOlah@yukelaw.com*
3  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
5  Facsimile:    (213) 362-7788

6  Attorneys for Defendants DEPUY
   ORTHOPAEDICS, INC., JOHNSON &
7  JOHNSON SERVICES, INC., and JOHNSON &
   JOHNSON (erroneously sued as JOHNSON &
8  JOHNSON, INC.)

9              **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARYL GIBSON, | CASE NO. CV 11-3513 PJH |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION** |
| vs. | [Filed concurrently with [Proposed] Order] |
| DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; THOMAS P. SCHMALZRIED, M.D.; VAIL CONSULTING L.L.C.; THOMAS PARK VAIL, M.D., and DOES 1-50, Inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DARYL GIBSON ("Plaintiff") and Defendant DEPUY ORTHOPAEDICS, INC. ("DePuy"), through their attorneys of record, as follows:

1.   WHEREAS Plaintiff and DePuy constitute the parties that have appeared in this action. None of the other parties named in Plaintiff's complaint have appeared in this action;

2.   WHEREAS DePuy denies the allegations as set forth in Plaintiff's Complaint;

603390.1 / 25-087

STIPULATION TO DISMISS ENTIRE ACTION

1      3.    WHEREAS Plaintiff seeks to voluntarily dismiss this entire action without
2  prejudice, as to all named Defendants, which are specifically named in Plaintiff's Complaint as
3  follows: DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.;
4  JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL
5  CORPORATION; THOMAS P. SCHMALZRIED, M.D.; VAIL CONSULTING L.L.C.;
6  THOMAS PARK VAIL, M.D.;
7      4.    WHEREAS Plaintiff and DePuy stipulate to a mutual waiver of all fees and costs;
8      IT IS HEREBY STIPULATED AND AGREED THAT the above-captioned action be and
9  hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).
10     SO STIPULATED.

DATED: August 3, 2011          PETERSON & ASSOCIATES, P.C.

By:  */s/ David M. Peterson*
David M. Peterson
Nicholas S. Clevenger
Attorneys for Plaintiff CHARLES CORMAN

DATED: August 3, 2011          YUKEVICH CALFO & CAVANAUGH

By:  */s/ Alexander G. Calfo*
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendants DEPUY
ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., and JOHNSON &
JOHNSON, INC.

603390.1 / 25-087

2

STIPULATION TO DISMISS ENTIRE ACTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On August 3, 2011, I served true copies of the following document(s) described as **STIPULATION TO DISMISS ENTIRE ACTION** on the interested parties in this action as follows:

Brett A. Williams, Esq.  
David M. Peterson, Esq.  
Nicholas S. Clevenger, Esq.  
PETERSON & ASSOCIATES, P.C.  
801 W. 47th Street, Suite 107  
Kansas City, MO 64112

**Attorney for Plaintiff**  
**DARYL GIBSON**

T: (816) 531-4440  
F: (816) 531-0660

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2011, at Los Angeles, California.

Deanna Castellanos

603390.1 / 25-087

STIPULATION TO DISMISS ENTIRE ACTION

1 ALEXANDER G. CALFO (SBN 152891)
   *ACalfo@yukelaw.com*
2 KELLEY S. OLAH (SBN 245180)
   *KOlah@yukelaw.com*
3 YUKEVICH CALFO & CAVANAUGH
  355 S. Grand Avenue, 15th Floor
4 Los Angeles, CA  90071-1560
  Telephone:     (213) 362-7777
5 Facsimile:     (213) 362-7788

6 Attorneys for Defendants DEPUY
  ORTHOPAEDICS, INC., JOHNSON &
7 JOHNSON SERVICES, INC., and JOHNSON &
  JOHNSON (erroneously sued as JOHNSON &
8 JOHNSON, INC.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| DARYL GIBSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; THOMAS P. SCHMALZRIED, M.D.; VAIL CONSULTING L.L.C.; THOMAS PARK VAIL, M.D., and DOES 1-50, Inclusive,<br><br>            Defendants. | CASE NO. CV 11-3513 PJH<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION |
|---|---|

### ORDER

The Court, having considered the Stipulation of Plaintiff DARYL GIBSON ("Plaintiff") and Defendant DEPUY ORTHOPAEDICS, INC. ("DePuy") finds:

   1.     WHEREAS Plaintiff seeks to voluntarily dismiss this entire action;

   2.     WHEREAS Plaintiff and DePuy have stipulated to a mutual waiver of all fees and costs;

   IT IS HEREBY ORDERED that the above-entitled action, *DARYL GIBSON, Plaintiff, vs.*

597318.1 / 25-087

1  *DEPUY ORTHOPAEDICS, INC., et al., Defendants*, United States District Court - Northern
2  District of California Case No. CV-11-3513 is dismissed in its entirety and without prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a).
4         IT IS SO ORDERED.
5  DATED: ___August 4___, 2011

By: _____
UNITED STATES DISTRICT JUDGE



YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

597318.1 / 25-087

2

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On August 3, 2011, I served true copies of the following document(s) described as **[PROPOSED] ORDER DISMISSING ENTIRE ACTION** on the interested parties in this action as follows:

| | |
|---|---|
| Brett A. Williams, Esq.<br>David M. Peterson, Esq.<br>Nicholas S. Clevenger, Esq.<br>PETERSON & ASSOCIATES, P.C.<br>801 W. 47th Street, Suite 107<br>Kansas City, MO 64112 | **Attorney for Plaintiff**<br>**DARYL GIBSON**<br><br>T: (816) 531-4440<br>F: (816) 531-0660 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2011, at Los Angeles, California.

Deanna Castellanos

597318.1 / 25-087

[PROPOSED] ORDER DISMISSING ENTIRE ACTION